George T. JORDAN, Appellant,

v.

WARDEN, MARYLAND STATE PENITENTIARY, Appellee.

No. 8136.

United States Court of Appeals
Fourth Circuit.

Argued Nov. 9, 1960.

Decided Nov. 10, 1960.

S. Leonard Rottman, Baltimore, Md. (Court-assigned counsel) Blades & Rosenfeld, Baltimore, Md., on brief, for appellant. Mary Arabian, Asst. Atty. Gen. of Maryland (C. Ferdinand Sybert, Atty. Gen. of Maryland, and James H. Norris, Jr., Sp. Asst. Atty. Gen. of Maryland, on brief), for appellee.

Before SOPER and HAYNSWORTH, Circuit Judges, and BRYAN, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Thomsen.[1]

Affirmed.

Ruben Dario SANCHEZ, Appellant,

v.

Frederick T. WILKINSON, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 18509.

United States Court of Appeals
Fifth Circuit.

Nov. 23, 1960.

Rehearing Denied Dec. 20, 1960.

Ruben Dario Sanchez, in pro. per.

Carolyn R. Just, Atty., Dept. of Justice, Washington, D. C., Charles D. Read, Jr., U. S. Atty., Atlanta, Ga., for appellee.

Before RIVES, Chief Judge, and TUTTLE and WISDOM, Circuit Judges.

PER CURIAM.

This appeal is controlled by an earlier decision involving the appellant, Sanchez v. United States, 1 Cir., 1958, 256 F.2d 73, and by Moreno Rios v. United States, 1 Cir., 1958, 256 F.2d 68.

The judgment is affirmed.

1. D.C., 184 F.Supp. 432.